**Order filed, March 13, 2019.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-19-00085-CR

_____

### PRESTON ALLEN, Appellant

### V.

### THE STATE OF TEXAS, Appellee

---

**On Appeal from the 178th District Court
Harris County, Texas
Trial Court Cause No. 1604381**

---

## ORDER

The reporter's record in this case was due March 11, 2019. *See* Tex. R. App. P. 35.1. The court has not received a request to extend time for filing the record. The record has not been filed with the court. Because the reporter's record has not been filed timely, we issue the following order.

We order the court reporter of the 178th District Court to file the record in this appeal **within 15 days** of the date of this order.

PER CURIAM